DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| MERYL POMPONIO,<br><br>       Plaintiff,<br><br>  v.<br><br>LO NGUYEN, as an individual and doing business as "Center Furniture", JENNIFER NGUYEN, as an individual and doing business as "Center Furniture", and DOES 1-50, Inclusive,<br><br>       Defendants. | **CASE NO.:** 2:20-cv-02535-WBS-JDP<br><br>**ORDER GRANTING STIPULATED REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Date: April 26th, 2021<br>Time: 1:30 P.M.<br>Courtroom: 5<br>Judge: William B. Shubb |

## ORDER

**IT IS HEREBY ORDERED,** good cause shown, the Scheduling Conference set for April 26th, 2021, at 1:30 p.m., before the Honorable William B. Shubb, will be **CONTINUED** until **August 16, 2021**, **at 1:30 p.m.**, with the Joint Status Report to be filed no later than August 2, 2021.

Dated:  April 20, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE